# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2009

136377

SELFLUBE, INC.,
        Plaintiff,
v

JJMT, INC., and JAMES A. DEHAAN,
        Defendants/Cross-
        Defendants/Fourth-Party
        Defendants-Appellees,

and

ACTION INDUSTRIAL SUPPLY COMPANY,
        Defendant/Cross-Plaintiff/Third-
        Party Plaintiff,

v

H.S. DIE & ENGINEERING, INC.,
        Third-Party Defendant/Fourth-
        Party Plaintiff-Appellant,

and

THOMAS WOOD,
        Defendant.

SC: 136377
COA: 261743
Kent CC: 03-005407-CK

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____/

On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of September 24, 2008. The application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2009

Clerk